UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JON ELLIS, | No. 2:22-cv-0942 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF ELDORADO MENTAL HEALTH DIVISION, | |
| Defendant. | |

      Plaintiff Peter Jon Ellis is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On December 22, 2022, plaintiff filed an amended complaint. (ECF No. 10.) On July 11, 2023, plaintiff's amended complaint was dismissed with leave to amend. (ECF No. 13.) On August 10, 2023, plaintiff filed a handwritten letter that is largely illegible. (ECF No. 14.) It does not appear that plaintiff has filed a second amended complaint.

      Plaintiff will be granted twenty-one days to file a second amended complaint in compliance with the July 11, 2023 order. Plaintiff shall consult Local Rule 130 with regard to the formatting of the second amended complaint.

////

////

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order plaintiff shall file a second amended complaint.[1]

DATED: October 3, 2023        /s/ DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this action plaintiff may file a notice of voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.